UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-81224-CIV-CANNON/Brannon

**PF SUNSET VIEW, LLC, et al.**

      Plaintiffs,

v.

**ATLANTIC SPECIALTY
INSURANCE COMPANY**,

      Defendant.

_____/

### FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Defendant's Motion for Judgment on the Pleadings [ECF No. 28]. The Court granted that motion in a separate order [ECF No. 56]. In accordance with Federal Rule of Civil Procedure 58, the Court hereby

**ORDERS and ADJUDGES** as follows:

1. Judgment is entered in favor of Defendant Atlantic Specialty Insurance Company and against Plaintiffs PF Sunset View, LLC, et al.

2. The Clerk of Court is directed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Pierce, Florida this 9th day of April 2021.

                                                     _____
                                                     AILEEN M. CANNON
                                                     UNITED STATES DISTRICT JUDGE

cc:    counsel of record